# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| MICHAEL J. PASCHAL,<br><br>   Plaintiff,<br><br>vs.<br><br>STILLWATER MINING COMPANY,<br><br>   Defendant. | CV 15-108-BLG-CSO<br><br>**ORDER FOR DISMISSAL** |

A Joint Stipulation for Dismissal with Prejudice having been filed by the parties,

**IT IS ORDERED** that the above-entitled matter be dismissed with prejudice, with each party to bear its own costs.

DATED this 28th day of September, 2016.

            <u>/s/ Carolyn S. Ostby</u>
            United States Magistrate Judge